UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. HOSKING, and PATRICIA A. HOSKING | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:11CV199-JFB-TDT |
| v. | ) ) | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal (Dkt # 22), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties who have appeared in this action seek dismissal with prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation. The court finds that voluntary dismissal is warranted under the circumstances.

IT IS THEREFORE ORDERED that Plaintiffs' complaint is dismissed with prejudice, all parties to bear their respective fees and costs.

Dated this 13th day of April, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge